UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND E. BUTLER, II,<br>    Plaintiff,<br><br>v.<br><br>ELI JACKFINN EDDI, *et al.*,<br>    Defendants. | No. 2:24-cv-134<br><br>Honorable Paul L. Maloney |

## ORDER REGARDING SANCTIONS

This matter comes before the court on Defendants' request for sanctions. In Defendants' response to Plaintiff's objection to Judge Vermaat's February 12, 2025 order, they requested that Plaintiff be sanctioned. (ECF No. 107). Defendants assert that "Plaintiff and his counsel have unreasonably and vexatiously multiplied the proceedings in this case." (*Id.* at PageID.1155). Defendants seek over $20,000 in legal fees and costs associated with Plaintiff's appeal. (ECF No. 111).

"Any attorney or other person admitted to conduct cases in any court of the United States . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct." 28 U.S.C. § 1927. Under § 1927, a district court may impose sanctions when it determines that an attorney reasonably should know that a claim pursued was frivolous. *Ridder v. City of Springfield*, 109 F.3d 288, 298 (6th Cir. 1997) (citing *Jones v. Continental Corp.*, 789 F.2d 1225, 1230 (6th Cir. 1986)). Courts have the "inherent authority to award fees when a party litigates in bad faith, vexatiously, wantonly,

or for oppressive reasons." *First Bank of Marietta v. Hartford Underwriters Ins.*, 307 F.3d 501, 512 (6th Cir. 2002) (internal citations omitted).

The court will deny Defendants' request because it is not a proper motion. Moreover, there is at least some good faith basis for Plaintiff's appeal of the stay. (ECF No. 87 at PageID.990).

**IT IS HEREBY ORDERED** that Defendants' request for sanctions is **DENIED.**

**IT IS SO ORDERED.**

Date: April 4, 2025               /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge