UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND E. BUTLER, II,        ) | |
|     Plaintiff,        ) | |
|             ) | No. 2:24-cv-134 |
| v.        ) | |
|             ) | Honorable Paul L. Maloney |
| ELI JACKFINN EDDI, *et al.*,        ) | |
|     Defendants.        ) | |
|             ) | |

## ORDER OF TRANSFER

This matter comes before the court on the parties' filings in response to the court's request for briefing on the transfer of venue. (ECF Nos. 115, 116, 117). As this court previously determined, the Western District of Michigan is not the proper venue for this action. (ECF Nos. 60, 113). Having reviewed the submissions, the court will transfer this action to the Northern District of Illinois in consideration of the interests of justice and all other relevant factors. *See* 28 U.S.C. § 1404(a); *Carver v. Knox Cnty.*, 887 F.2d 1287, 1291 (6th Cir. 1989).

**IT IS HEREBY ORDERED** that this action is **TRANSFERRED** to the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Date: April 22, 2025         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge